AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Lorenzo Angel Ponce <br><br> *Plaintiff(s)* <br> v. <br> 216 5th Ave. Food Corp., Abdu Alomari (a/k/a Abdo Alomari), Ibrahim Abdula, and Ahmed Alomari <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  24-cv-262 OEM-SJB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Levin-Epstein & Associates, P.C.
Attn: Joshua Levin-Epstein, Esq.
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date:  01/12/2024



*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*

# LEVIN-EPSTEIN & ASSOCIATES, P.C.

---

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0046 • E: Joshua@levinepstein.com

## **RIDER**

216 5th Ave. Food Corp.

216 5th Ave., Brooklyn, NY 11215

1330 East 49th St., Brooklyn, New York 11234

Abdu Alomari (a/k/a Abdo Alomari)

216 5th Ave., Brooklyn, NY 11215

1330 East 49th St., Brooklyn, New York 11234

Ibrahim Abdula

216 5th Ave., Brooklyn, NY 11215

1330 East 49th St., Brooklyn, New York 11234

Ahmed Alomari

216 5th Ave., Brooklyn, NY 11215

1330 East 49th St., Brooklyn, New York 11234