UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORENZO ANGEL PONCE, on behalf of himself
and others similarly situated in the proposed
FLSA Collective Action,

                            Plaintiff,                JUDGMENT

      v.                                       24-cv-00262 (OEM)(SJB)

216 5TH AVE. FOOD CORP., ABDU
ALOMARI (a/k/a/ ABDO ALOMARI),
IBRAHIM ABDULA, and AHMED ALOMARI,

                            Defendants.
------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 4, 2024; and Defendant 216 5th Ave. Food Corp., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Lorenzo Angel Ponce in the total amount of Twelve Thousand and 00/100th Dollars ($12,000), inclusive of Plaintiff's costs, disbursements and attorneys' fees, and any interest, through the date of this Offer of Judgment; it is

ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Lorenzo Angel Ponce and against Defendant 216 5th Ave. Food Corp. in the total amount of Twelve Thousand and 00/100th Dollars ($12,000), inclusive of Plaintiff's costs, disbursements and attorneys' fees, and any interest, through the date of this Offer of Judgment.

Dated: Brooklyn, New York                    Brenna B. Mahoney
       April 8, 2024                       Clerk of Court

                                   By:     */s/Jalitza Poveda*
                                         Deputy Clerk